Case No. 1:18-cv-00324-LTB Document 1 filed 02/08/18 USDC Colorado pg 1 of 5

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
3:57 pm, Feb 08, 2018
JEFFREY P. COLWELL, CLERK

UNITED STATES DISTRICT COURT, ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., Room A105, DENVER, COLORADO 80294-3589

JADA DAVIS, P.O. BOX 699, SALIDA, COLORADO 81201
PHONE: 719-539-2814
PRO SE

PRISONER COMPLAINT AND MOTION FOR A APPEAL OF CRIMINAL CONVICTION
MOTION TO REQUEST ATTORNEY FOR APPEAL OF CRIMINAL CONVICTION

This is NOT A FILING under case 1/17-CV-02896-GPG. DAVIS V. Alderton and et al.

1. I JADA DAVIS Am submitting Another Prisoners Complaint because Commander Tracy Jackson has Libeled me in A LETTER From The Chaffee County Sheriff's office. Tracy Jackson has Accused me in the Letter of Threatening-HARASSING-Combative Conduct. Libel means written statement defaming Another Reputation. Slander means Defamation of Another's Reputation by spoken falsehoods. Racketeering means Operation of Business Characterized by systematically Dishonest Practices. Jobbery means unscrupulous conduct by public officials for A private gain. TERRORIZE means to use unEthical and criminal Behaviors. Conspiracy means A Agreement between Two OR more Persons to Commit ILLegal Act OR use unLawful means to carry out ILLegal Act. MALFEASANCE means Act wrongful in itself OR which perpetrator had no Right to do, Especially performed by A public official. DEFAmation means harm to Reputation by Libel OR SLANDER.

2. I on 2-1-2018 Asked Tracy Jackson in A Kite to tell me who I Threatened and when and how? She has not Responded. I do believe that Mrs. Jacksons Defamation is A Action in concert with A conspiracy between the Chaffee County Sheriff's Office, the Chaffee County Combined Court of Judge Alderton, the Salida Police Department, the 11th Judicial District's Prosecutor(s), MARQuez and Herrick-STARE.

1

PARK County Sheriffs office, Park county District court Judge Stephen A. Groome, APPEAL Attorney Patrick Henson, Salida Police Officer and City counsel Board member M.M. BOWERS, and others to be Named.

3. I am seeking A Civil Action Number - I am Filing A claim For Relief from Appeal Attorney Patrick Henson and Judge Stephen A. Groome For violating my United States Constitutional Right to A Appeal of A criminal conviction from the 11th Judicial District's court of Appeals under Judge KAREN M. ASHBY. MR. Patrick Henson did not File my Application for my Appeal in the 11th Judicial District's court of Appeals Pursuant to the Colorado Revised statutes, the Colorado State Constitution, and the United States Constitution. I believe Mr. Patrick Henson and the Judge Stephen A. Groome Actions Are in concert with the conspiracy to deny me Jada Davis all of my C.R.S. Rights, state of Colorado Constitutional Rights, and my United States Constitutional Rights, and to Jim Crow and Jane Crow me because The Whites do not want A African American in KLU KLUX KLANS CITY of Salida, CO. They're trying to Run me out of this town by violating my Rights and Denying me Any and ALL Rights.

4. I sent A Motion under 1:17-cv-02896-GPG. That motion was written to the Court of Appeals but when I Discovered that the Judge Stephen A. Groome was A Park county District court Judge, I sent that Motion to the U.S. District court in Denver - Judge Gordon P. Gallagher's court and Requested in A Motion to have their Names added to cv 1:17-cv-2896-GPG as additional Defendants or if the court would open A New Civil Action against MR. Patrick Henson and Judge Stephen A. Groome For violating my Rights to a Appeal and for Acting in concert with Alderton and et al.

FOR THESE REASONS, Jada DAVIS moves This Court to ASSIGN A case Number For Libel against Tracy Jackson and For Either A Case Number or a Order to Amend Defendant(s) List in 1:17-cv-02896 GPG, with Patrick Henson and Judge Stephen A. Groome.

2

5. Pursuant to TITLE 28 - Judiciary and Judicial Procedure § 1915 Proceedings in forma pauperis (a)(1) Subject to subsection (b), Any court of the United States may authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or appeal therein, without prepayment of fees or security therefor, by a Person who submits an affidavit that includes a statement of all assets such prisoner possesses that the person is unable to pay such fees or give security therefor. Such affidavit shall state the nature of the action, defense or appeal and affiants belief that the person is entitled to redress.

6. THEREFORE, The Plaintiff, Jada Davis, of CIVIL Action 1:17-cv-02896-GPG, is asking this Court authorize the commencement of the Plaintiff's Appeal of criminal case Number-17-0014, COO82017M 000004, Public Defender Diana C. Bull, Filing ID: FA64D1B4AFE89 - Case Number: 2017M4, January 4, 2017 1:32 PM - Courtroom: County, First conviction Date 1-3-2017 Sentence: 1 Year of Probation to end 1-3-2018. Second conviction Date: 8-31-2017, Sentence: ONE YEAR in the Chaffee County Jail. Essentially First Second conviction came on 4-19-2017 Plaintiff was committed to the Colorado State mental Hospital with false and forged District court papers by Judge Alderton. Plaintiffs belief is that she is entitled to redress for violation of Double Jeopardy which is prohibited by the United States Constitution. Plaintiff belief is that she is entitled to have her conviction appealed because Mr. Patrick Henson did not file her conviction with the court of appeals - case Number: 17M4/17CV30042 RID: COO82017M 000004 -000108 - Print minute orders 2-01-18 2:43 PM - Status: RSTD MROG CLSD county court, Chaffee County case # 2017M 000004 DIV/Room 1 TYPE: Assault People of the State of Colorado vs. Davis, JADA - Rule 35 is Denied. I told Patrick Henson that I did not want Judge Stephen A. Groome to do or hear my Appeal, because he sat on my Eviction Appeal in 12-2017.

3.

7. APPEAL Attorney Patrick Henson stated in his January 2, 2018 letter to me that he has placed my APPEAL on Pause because the APPEAL Clerk of Chaffee County did not send him the 911 tape and the Pawn Shop video.

8. Pursuant to § 1915 (b)(3)(4)(c)(d)

(b)(4) In no Event shall a Prisoner be Prohibited from bringing a civil action or Appealing a civil or criminal Judgment for the Reason that the Prisoner has no assets and no means by which to pay the initial partial filing fee.

(c) upon the filing of an Affidavit in Accordance with subsections (a) and (b) and the Prepayment of any partial filing fee as may be Required under subsection (b), the Court may direct payment by the United States of the Expenses of (1) Printing the Record on APPEAL in any civil or criminal case, if such Printing is Required by the APPellate court; (2) Preparing a Transcript of Proceedings before a United States Magistrate Judge in any civil or criminal case, if such transcript is Required by the District court, in the case of Proceedings conducted under section 636(b) of this title or under section 3401(b) of title 18, United States code; and (3) Printing the Record on APPeal if such Printing is Required by the APPellate court, in the case of Proceedings conducted Pursuant to section 636(c) of this title. Such Expenses shall be Paid when Authorized by the Director of the Administrative office of the United States Courts.

(d). The officer of the court shall issue and serve all Process, and Perform all duties in such cases. Witnesses shall Attend as in other cases, and the same remedies shall be available as are Provided for by Law in other cases. Plaintiff is seeking information on whether the Defendants in case 1:17-cv-2896-GPG has been served by U.S. Marshal or by Mail yet?

(e)(1) The court may Request an Attorney to Represent any Person unable to Afford Counsel. Plaintiff is Requesting a Attorney for Representation on Criminal APPeal.

4

9. I do not know what the Amount is that I can claim in damages from commander Jackson because I have not been Allowed Time in the Law Library here at the Chaffee county Jail to Look up Damages in the Law books, and if it is A crime to Not file my Appeal of my conviction I would Like to Press charges, Please tell me where I am to file these charges At against Patrick Henson and Judge Stephen A. Groome If the court is Allowed to Provide me with such information, and the Amount in Damages I am Allowed to claim in Relief in a Dollar Amount.

WHEREFORE, Jada DAVIS, moves this court to GRANT these motions after REVIEW and or ORDER Civil Action case Numbers. JADA DAVIS believes she is Entitled to REDRESS.

Respectfully Submitted this 3Rd day of February, of 2018.



You Honor, I have been Jim Crowed at the Chaffee County Prosecutors office when I went in to talk to a Prosecutor about my food stamp over Payment and the clerk called the Police and I never got to ask a Prosecutor any questions Nor did I see any Prosecutors.

I would have sent a copy of the Letter That Tracy Jackson has Libeled me in but Deputies Tucker, B. Pugh, Dickson has Refused to make a copy of it for me today - 2-3-2018.

Claim for Relief from Tracy Jackson $ 20,000.00.
Claim for Relief from Patrick Henson and Judge Stephen A. Groome is $ 100,000.00 Each.