**From:**
JADA DAVIS
P.O. BOX 699
Salida, CO 81201

Chaffee County Jail

**Postmark:** DENVER CO 802  06 FEB '19  PM 6 L

**Postage:** U.S. POSTAGE $000.47  ZIP 81201  02 4W  0000339735  FEB. 06. 2018

**To:**
Office of the Clerk
United States District Court
Alfred A. Arraj Courthouse
901 - 19th St., Room A105
Denver, CO 80294-3589

Legal Mail - 2-5-2018 - 04:30 Am

Official Business

80294-250151

NO TAPE WAS USED ON THIS ENVELOPE