## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00324-GPG
(**The above civil action number must appear on all future papers
sent to the Court in this action.   Failure to include this number
may result in a delay in the consideration of your claims.**)

JADA DAVIS,

      Plaintiff,

v.

[NO NAMED DEFENDANTS]

      Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff Jada Davis currently is held at the Chaffee Jail in Salida, Colorado.   On December 1, 2017, Plaintiff submitted a pleading titled, "Prisoner Complaint and Motion for a [sic] Appeal of Criminal Conviction Motion to Request Attorney for Appeal of Criminal Conviction, ECF No. 1.   As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted documents are deficient as described in this Order.   Plaintiff will be directed to cure the following if she wishes to pursue her claims.   Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)  __X__    is not submitted
(2)  ____    is missing affidavit
(3)  __X__    is missing a certified prisoner's trust fund statement for the **6-month period immediately preceding** this filing
(4)  ____    trust fund account statement is missing certification by authorized prison official
(5)  ____    is missing required financial information
(6)  __X__    is missing authorization to calculate and disburse filing fee payments

1

(7) ____ is missing an original signature by the prisoner
(8) ____ is not on proper form
(9) ____ names in caption do not match names in caption of complaint, petition or habeas application
(10) ____ other:

**Complaint or Petition**:
(11) ____ is not submitted
(12) __X__ is not on proper form
(13) ____ is missing an original signature by the Plaintiff
(14) ____ is incomplete
(15) ____ uses et al. instead of listing all parties in caption
(16) ____ names in caption do not match names identified in Section III. of the Complaint
(17) ____ address must be provided for defendant under Parties section of Complaint form
(18) ____ other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**.   Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.   It is

FURTHER ORDERED that Plaintiff shall obtain the Prisoner Complaint form (Revised December 2017) and the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form (Revised October 1, 2012) (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.   It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED February 8, 2018, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge

2