IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-00324 GPG
(To be supplied by the court)

JADA DAVIS , Plaintiff

v.

PATRICK HENSON   "SEE ATTACHED"

Judge STEPHEN A. GROOME ,

Judge WILLIAM Peat Alderton ,

RANDALL SCOTT HERRICK-STARE , Defendant(s).

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**FEB 16 2018**

JEFFREY P. COLWELL
CLERK

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

"ATTACHED"

4. MARQUEZ & HERRICK-STARE, LLC
5. ERNEST F. MARQUEZ
6. CHAFFEE COUNTY COMBIND COURTS
7. PARK COUNTY DISTRICT COURTS
8. COLORADO COURT OF APPEALS
9. THE ELEVENTH JUDICIAL DISTRICT, CIRCUIT
10. PATRICK HENSON LLC. HENSON LAW, LLC
11. THE CITY OF SALIDA, COUNTY OF CHAFFEE, STATE OF COLORADO

A. **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

JADA DAVIS, 009657-4793, P.O. Box 699, Salida, Co. 81201
(Name, prisoner identification number, and complete mailing address)

_____
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

- ___ Pretrial detainee
- ___ Civilly committed detainee
- ___ Immigration detainee
- ✓ Convicted and sentenced state prisoner
- ___ Convicted and sentenced federal prisoner
- ___ Other: (*Please explain*) _____

B. **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: PATRICK HENSON, Attorney, P.O. Box 40399 DENVER, Co. 80204
(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

Patrick Henson, Attorney, Acting in Concert in A Conspiracy, Intentionally and Deliberately sent my Appeal to the Park County Court and not to Chaffee County District Court or Court of Appeals.

Defendant 1 is being sued in his/her ✓ individual and/or ✓ official capacity.

2

Defendant 2: **Judge STEPHEN A. GROOME, 300 Forth STREET, P.O. BOX 190**
(Name, job title, and complete mailing address)

**FAIRPLAY COLORADO 80440**

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (check one). Briefly explain:

**Judge Groome Acted in concert in a Conspiracy and Accepted Two CASES From Judge William Pearl Alderton's County Court and PRETENDED to be The Proper DISTRICT COURT to Effect Appeals of Chaffee County Court cases.**

Defendant 2 is being sued in his/her ✓ individual and/or ✓ official capacity.

Defendant 3: **Judge William Pearl Alderton, 142 CRESTONE AVE, SALIDA, CO. 81201**
(Name, job title, and complete mailing address)

**On oR About 12-1-2016 Judge Alderton sent the Appeal of his Eviction To Judge STEPHEN A. GROOME'S PARK County DISTRICT Court,**

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (check one). Briefly explain:

**and not to the Proper District court of Chaffee County combined court, District court of Judge Patrick Murphy, oR the Proper court.**

Defendant 3 is being sued in his/her ✓ individual and/or ✓ official capacity.

## C. JURISDICTION - Motion

*Indicate the federal legal basis for your claim(s): (check all that apply)*

✓   42 U.S.C. § 1983 ((state) (county) and (municipal defendants))

___   *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

✓   Other: *(please identify)* **all that APPLY HERE.**

3

## B. DEFENDANT(S) INFORMATION:

4. RANDALL SCOTT HERRICK-STARE, Attorney, 102 N. I ST., P.O. BOX 1203, SALIDA, CO. 81201, Alternative DEFENSE Counsel

5. MARQUEZ & HERRICK-STARE, LLC, Attorney, 102 N. I ST., P.O. BOX 1203, SALIDA, CO. 81201,

6. ERNEST F. MARQUEZ, Attorney, 102 N. I ST., P.O. BOX 1203, SALIDA, CO. 81201.

7. CHAFFEE County Combined Courts, Government, 142 CRESTONE AVENUE, SALIDA, CO 81201

8. PARK COUNTY DISTRICT Courts, Government, 300 Forth STREET, P.O. BOX 190, Fairplay, Colorado 80440

9. COURT OF APPEALS, Government, 2 EAST 14th AVENUE, DENVER CO. 80203

10. THE ELEVENTH Judicial District, Government, 104 CRESTONE AVENUE, SALIDA, CO 81201

11. THE CITY OF SALIDA, County of Chaffee, STATE OF COLORADO, Government, 448 EAST 1ST ST, SALIDA, CO 81201

4 through 11 Defendant(s) At the Time the Complaint AROSE, was the Defendant(s) Acting under the Color of STATE OR Federal Law YES they ALL were. DEFENDant(s) 4 through 11 is being Sued in his/her ✓ individual and ✓ official capacity.

1

D.  **STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: The CITY of SALIDA, County of Chaffee, STATE of Colorado Violated Plaintiff's Civil Rights, Colorado State Const. Rights, U.S. Const. Rights, C.R.S. Rights

Supporting facts: Salida Municipal CODE Rights, Federal Rights,

Supporting Facts: When Judge Alderton, Judge Groome, Patrick Henson, Randall Scott Herrick-STARE ALL Conspired to Retaliate against the Plaintiff And Acted in conceRt to Deny The Plaintiff Due Process of Law and to. In Effect deny Justice to the Plaintiff by Judge Alderton Sending the Plaintiffs Eviction Appeal To Judge Stephen A. Groome which was not the Proper district court. And when Patrick Henson Told the Plaintiff tHhat he to would be Sending the Plaintiffs Appeal of her Criminal Conviction To Judge Stephen A. Groome also, and the CITY-Government did not Protect the Plaintiff From the CITY EMPLOYEES Actions In concert, which is the Governments Job, that it has Failed to do on more than one occasion.

4

## D. STATEMENT OF CLAIM(S)

**CLAIM TWO:** Judge STEPHEN A. GROOME has twice violated the Plaintiffs Civil Rights, Federal Rights, Colorado State Constitutional Rights, United States Constitutional Rights, Salida Municipal Code Rights, C.R.S. Rights, the first time Judge Groome violated the Plaintiffs Rights were on or about 12-1-2016 when Judge Alderton sent the Plaintiffs Eviction Appeal to him and he did prepetrate the "crime" of pretending to be the proper District Court to decide the Plaintiffs appeal of her 12-1-2016 Eviction. The second time Judge Groome violated the Plaintiffs Rights were on or about 9-20-2017 when Appeal Attorney Patrick Henson sent him the Plaintiffs criminal conviction. Groomes Actions in concert with crime and conspiracy.

**Supporting Facts:** Plaintiff's Appeal Ruling from 12-1-2016 Eviction and Note from Randall Scott Herrick-STARE, in his handwriting from 5-1-2017 or 4-26-2017 telling the Plaintiff that Judge Groom is the District court Judge her Appeal is going to, and Patrick Henson told Plaintiff on the Recorded Jails Phone that Judge Stephen A. Groome is the Judge that her Appeal is going to, in November of 2017.

**CLAIM THREE:** Judge WILLIAM Peat ALDERTON did violate the Plaintiff's Civil Rights, Federal Rights, Colorado State Constitutional Rights, United States Constitutional Rights, Salida Municipal Code Rights, C.R.S. Rights when he sent the Plaintiffs Appeal of his court Eviction to Judge Stephen A. Groome to render a decision and ruling on the Plaintiffs Appeal. Plaintiff alleges that Judge Alderton and Judge Groome used their courtrooms and conspired to Deny the Plaintiff Justice and to Retaliate against the Plaintiff for suing the City of Salida, and the Salida Housing Authority et al,. Aldertons Actions in concert with crime and conspiracy.

**Supporting Facts:** The Appeal Ruling from Judge Stephen A. Groome on the Plaintiff's Eviction from 12-1-2016.

1

"D. STATEMENT OF CLAIM(S)."

CLAIM FOUR: Randall Scott Herrick-STARE violated the Plaintiffs Civil Rights, Federal Rights, Colorado State Constitutional Rights, United States Constitutional Rights, Salida Municipal Code Rights, C.R.S. Rights when he on or about 4-26-2017 or 5-1-2017 he told and wrote down for the Plaintiff that Judge Groom is the Appeal Judge who will Hear and Rule on the Plaintiffs Appeal of Conviction from the Plaintiffs 8-31-2017 Trial Held in Judge Aldertons Court Room. Herrick-STARE Actions were in concert with the Judges.

Supporting Facts: handwritten Note by Randall Scott Herrick-STARE.

CLAIM FIVE: MARQUEZ & HERRICK-STARE, LLC, violated the Plaintiffs Civil Rights, Federal Rights, Colorado State Constitutional Rights, United States Constitutional Rights, Salida Municipal Code Rights, C.R.S. Rights, when the Employee Lie to the Plaintiff and wrote down that Judge Stephen A. Groom is the Proper District Court Judge to Hear the Plaintiffs Appeal of the Plaintiffs Conviction on or about 4-26-2017 or 5-1-2017.

Supporting Facts: the handwritten note by Randall Scott Herrick-STARE.

CLAIM SIX: ERNEST F. MARQUEZ, MANAGING PARTNER, violated the Plaintiffs Civil Rights, Federal Rights, Colorado State Constitutional Rights, United States Constitutional Rights, Salida Municipal Code Rights, C.R.S. Rights when he Acted in Concert with Randall Scott Herrick-STARE and Judge Stephen A. Groome and Patrick Henson.

Supporting Facts: ERNEST F. MARQUEZ was at the Plaintiffs Trial on 8-31-2017 and Retained Attorney Patrick Henson to Preform Appeal for Plaintiff.

Claim SEVEN: Chaffee County Combined Courts violated the Plaintiffs Civil Rights, Federal Rights, Colorado State Constitutional Rights, United States Constitutional Rights, Salida Municipal Code Rights, C.R.S. Rights when their Employee Judge Alderton Twice sent the Plaintiffs Appeals of Eviction and Appeal of Conviction to Park County District Court Judge Stephen A. Groome and not to the Proper Court of Appeal, thus Denying the Plaintiff Due Process of Law and Justice.

2

## "D. STATEMENT OF CLAIM(S)."

<u>Supporting Facts</u>: The Appeal Ruling from Judge Stephen A. Groome from 12-1-2016 Eviction from Judge Alderton's county courtroom.

<u>CLAIM EIGHT</u>: <u>The Park County District Courts</u> violated the Plaintiffs Civil Rights, Federal Rights, Colorado State Constitutional Rights, United States Constitutional Rights, C.R.S. Rights, Salida Municipal Code Rights when Employee Judge Stephen A. Groome Accepted Eviction Appeal Documents from Chaffee County Combined Courts And from Judge Alderton and from Patrick Henson-Appeal Attorney, on 12-1-2016 and 9-20-2017.

<u>Supporting Facts</u>: Judge Stephen A. Groome's Eviction Ruling from 12-1-2016 Case Documents and Note from Randall Scotty Herrick-Stare and Jail Phone Recording with Patrick Henson-Attorney, from November of 2017.

<u>CLAIM NINE</u>: Court of Appeals violated the Plaintiffs Civil Rights, Federal Rights, Colorado State Constitutional Rights, United States Constitutional Rights, C.R.S Rights, Salida Municipal Code Rights, when Polly Brock on February 1, 2018, In A Letter Told the Plaintiff "It Appears an Appeal is Pending before the District Court in case 17CV30042." was Acting in concert with Judge Stephen A. Groome, Patrick Henson, Judge Alderton and Herrick-Stare, by Lying to the Plaintiff, About the Plaintiff's case being in the Proper District Court, was Acting in concert with Judge Groome, Judge Alderton, Attorney Herrick-Stare, Attorney Patrick Henson.

<u>Supporting Facts</u>: The Letter from Polly Brock. Dated February 1, 2018.

<u>Claim TEN</u>: <u>The ELEVENTH Judicial District</u> violated the Plaintiff's Civil Rights, Federal Rights, Colorado State Constitutional Rights, United States Constitutional Rights, C.R.S. Rights, Salida Municipal Code Rights, when Employees of The ELEVENTH Judicial District Judge Groome and Judge Alderton Conspired and Denied the Plaintiff the Due Process of the Law and Justice when Judge Alderton sent the Plaintiffs Eviction Appeal to Judge Groome and he hear and Ruled on the Plaintiffs Appeal of Eviction which was Acting in Concert, and again when Attorney Patrick Henson Filed the Plaintiffs Appeal of her Conviction in Judge Stephen A. Groome's District Court which was not the Proper Court.

<u>Supporting Facts</u>: The Ruling on Plaintiffs Eviction by and from Judge Groome and Jails Recorded Phone Conversation by Attorney Patrick Henson.

3

"**D. STATEMENT OF CLAIM(S).**"

<u>CLAIM ELEVEN</u>: PATRICK HENSON violated the Plaintiffs Civil Rights, Federal Rights, Colorado State Constitutional Rights, United States Constitutional Rights, Salida Municipal CODE Rights, C.R.S. Rights, when he Acted in concert with Conspiracy and Retaliation with Judge Alderton, Judge Groome, Randall Herrick-STARE, and the Other Defendants in this Complaint, STATEMENT OF CLAIM(S) to Deny The Plaintiff Due Process of LAW and Justice. THE EMPLOYEE OF HENSON LAW, LLC.

<u>Supporting Facts</u>:
<u>Supporting Facts</u>: The Conversation on the Jails Phone Recorded Patrick Henson telling the Plaintiff he Intended to File her Appeal of Conviction In Judge Stephen A. Groome's Court in November of 2017.

<u>CLAIM TWELVE</u>:

4

## E.   PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated?  ✓ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):   Alderton et al

Docket number and court:   1:17-cv-02896-GPG

Claims raised:   Conspiracy and Retaliation

Disposition: (is the case still pending? has it been dismissed?; was relief granted?)   Case is still Pending

Reasons for dismissal, if dismissed:  _____

Result on appeal, if appealed:  _____

## F.   ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

   ✓ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

   ✓ Yes ___ No (*check one*)

5

G.  **REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."* A Jury Trial, $1,000.000.00 One Million Dollars, U.S. currency. For Damages, Compensatory, and Punitive Damages.

H.  **PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*[signature]*
(Plaintiff's signature)

2-13-2018
(Date)

(Form Revised December 2017)

6