IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-00324-GPG
(To be supplied by the court)

JADA DAVIS, Plaintiff,

v.

Patrick Henson "See Attached"

Judge Stephen A. Groome

Judge William Peat Alderton, Defendant(s).

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 16 2018

JEFFREY P. COLWELL
CLERK

PRISONER'S MOTION AND AFFIDAVIT
FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

I request leave to commence this civil action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I declare that:

1. I am unable to pay such fees or give security therefor.

2. I am entitled to redress.

3. The nature of this action is:

   Civil Rights Violations - Prisoners Complaint.

(Rev. 10/01/12)

4.  My assets and their value are listed below: (attach an additional page if necessary)

    (Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

    NONE

5.  Are you in imminent danger of serious physical injury?

    ✓ Yes ___ No (CHECK ONE). If you answered yes, briefly explain your answer:

    on 12-29-2017 I was Assaulted while I was in my cell by Inmate Natalie Warner, who threatened to break my Jaw, Rachel Derke said she will Kill me.

6.  I have attached to this motion a signed authorization directing my custodian to calculate and disburse funds from my inmate trust fund account or institutional equivalent to pay the required filing fee.

7.  I have attached to this motion a certificate from the appropriate official at each penal institution in which I have been confined during the six-month period immediately preceding the filing of this action and a certified copy of my inmate trust fund account statement for the same six-month period.

### DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the information in this motion and affidavit is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on  2-13-2018
                 (Date)

_Jada Davis_
(Prisoner's Original Signature)

(Rev. 10/01/12)                                    2

## AUTHORIZATION

I, __JADA DAVIS__, request and authorize the agency holding me in custody to calculate and disburse funds from my inmate trust fund account or institutional equivalent in the amounts specified by 28 U.S.C. § 1915(b). This authorization is furnished in connection with this civil action and I understand that the total filing fee of $350.00 is due and will be paid from my inmate trust fund account or institutional equivalent regardless of the outcome of this case.

Prisoner Name (please print): __JADA DAVIS__

Prisoner Signature: __Jada Davis__

**RESIDENT HISTORY REPORT**                                     Page      1 of      1

**Chaffee County Detention Center**
01/25/2018 19:20
ST  44  |  OPR  tjack

**COPY**

JRN Number     : 009657
Resident Name  : DAVIS, JADA
Time Frame     : 01/01/2016 00:00:00 - 05/01/2017 23:59:59

| Date | Time | Type | ST | OPR | Receipt # | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 01/03/2017 | 21:21 | Intake | 44 | pugha | AR9921 | $0.00 | $0.00 |
| 01/03/2017 | 21:28 | Local Cashier-Cash | 6 | cobra | F2461 | $117.91 | $117.91 |
| 01/03/2017 | 21:28 | Rec Payment  BOOKING FEE | 6 | cobra | F2462 | $30.00 | $87.91 |
| 02/07/2017 | 11:57 | Withdrawal | 44 | avil | AR11149 | $87.00 | $0.91 |
| 03/11/2017 | 21:46 | Order | 7 | cobra | G1550 | $0.87 | $0.04 |
| 04/21/2017 | 21:23 | Rec Payment  OTC 15¢ | 44 | pughb | AR14010 | $0.04 | $0.00 |



# Chaffee County Sheriff's Office

Sheriff, John Spezze
Undersheriff, Joe McGuire

01/09/18

To Whom It May Concern,

Jada Davis has requested the past six months of her inmate account record from our facility. She has been given a previous copy and is adamant she must have a 'trust fund account statement'. We have fruitlessly explained to her that her inmate account statement is the requested document. The image copied to the back of this letter, which she has been given a copy in its entirety, is our facility's equivalent document to the 'trust fund account statement'. It clearly states her account activity and balance for the requested time period.

Cmdr. Jackson *[signature]*

641 W. 3ʳᴰ ST., P.O. BOX 699, SALIDA CO 81201   PHONE (719)539-2814 FAX (719) 539-1077

CHAFFEE COUNTY DETENTION CENTER
P.O. BOX 699    148 CRESTONE AVENUE
Salida, CO, 81201

| | |
|---|---|
| Initial Book Date | 01/03/2017 |
| Last Book Date | 09/14/2017 |
| Last Release Date | 09/24/2017 |

JADA   DAVIS
525 west 16th #30
salida, CO, 81201

**STATEMENT SUMMARY :**

| | |
|---|---|
| Last Statement Date | 06/14/2017 16:30 |
| Last Balance** | $10.00 |
| Payments/Credits | $0.00 |
| New Charges | $111.00 |

RESIDENT NAME
**DAVIS, JADA**

| | |
|---|---|
| JRN Number | 009657 |
| STATEMENT DATE | 09/24/2017 10:49 |
| TOTAL AMOUNT OWED | $121.00 |
| DUE DATE | UPON RECEIPT |
| MINIMUM AMOUNT DUE | $121.00 |

**ACCOUNTS OWED :**

| | |
|---|---|
| Booking Fees | $30.00 |
| Bond Fees | $10.00 |
| Over the counter Meds | $1.00 |
| Housing Fee | $80.00 |
| Total Amount Owed : | $121.00 |

Any questions?
   Please Contact:
      **DEPUTY TONDA AVILA**
      (719)530-5712

Payment due in 30 days unless other arrangements have been made. Money Orders and Cashier Checks only, Cash in person. NO Credit Cards. Statement may not reflect all charges and is subject to change. Past due accounts may be turned into collections.

**Balance on the Last Statement Date                              pughb    01242018181718

---

Please cut this portion and mail with your payment

JADA   DAVIS
525 west 16th #30
salida, CO, 81201

| DAVIS, JADA | |
|---|---|
| JRN Number | 009657 |
| STATEMENT DATE | 09/24/2017 10:49 |
| DUE DATE | UPON RECEIPT |
| MINIMUM AMOUNT DUE | $121.00 |

Amount Enclosed    $ ☐☐☐☐.☐☐

Please make your payment payable to:
      **CHAFFEE COUNTY DETENTION CENTER**

CHAFFEE COUNTY DETENTION CENTER
P.O. BOX 699    148 CRESTONE AVENUE
Salida, CO, 81201

**TRANSACTION INFORMATION**                                    Page     1 of     1

**Chaffee County Detention Center**
01/11/2018 09:14:51
ST  044 | OPR  pughb

Statement Date  : 01/11/2018 09:14
JRN Number      : 009657
Resident Name   : DAVIS, JADA

| Date | Receipt # | Transaction | Account | Amount | Balance |
|---|---|---|---|---|---|
| Beginning Balance | | | | $659.50 | $659.50 |
| 01/10/2018 | AN404 | Receivable Charge | Medical Fees | $8.54 | $668.04 |
| 01/10/2018 | AN406 | Receivable Charge-Reversal | Medical Fees | -$8.54 | $659.50 |
| 01/10/2018 | AN407 | Receivable Charge | Medical Fees | $8.54 | $668.04 |
| | | Receivable Charge | Transport Fee | $5.00 | $673.04 |

CHAFFEE COUNTY DETENTION CENTER
P.O. BOX 699    148 CRESTONE AVENUE
Salida, CO, 81201

| | |
|---|---|
| Initial Book Date | 01/03/2017 |
| Last Book Date | 10/30/2017 |
| Last Release Date | |

JADA   DAVIS
525 west 16th #30
salida, CO, 81201

**STATEMENT SUMMARY :**

| | |
|---|---|
| Last Statement Date | 01/11/2018 09:14 |
| Last Balance** | $673.04 |
| Payments/Credits | $0.00 |
| New Charges | $70.00 |

**ACCOUNTS OWED :**

| | |
|---|---|
| Property Damage | $12.50 |
| Booking Fees | $30.00 |
| Bond Fees | $10.00 |
| Over the counter Meds | $2.00 |
| Transport Fee | $5.00 |
| Housing Fee | $675.00 |
| Medical Fees | $8.54 |
| Total Amount Owed : | $743.04 |

RESIDENT NAME
**DAVIS, JADA**

| | |
|---|---|
| JRN Number | 009657 |
| STATEMENT DATE | 01/24/2018 18:11 |
| TOTAL AMOUNT OWED | $743.04 |
| DUE DATE | UPON RECEIPT |
| MINIMUM AMOUNT DUE | $743.04 |

Any questions?
    Please Contact:
        **DEPUTY TONDA AVILA**
        (719)530-5712

Payment due in 30 days unless other arrangements have been made. Money Orders and Cashier Checks only, Cash in person. NO Credit Cards. Statement may not reflect all charges and is subject to change. Past due accounts may be turned into collections.

**Balance on the Last Statement Date                                pughb    01242018181718

---

Please cut this portion and mail with your payment

JADA   DAVIS
525 west 16th #30
salida, CO, 81201

| DAVIS, JADA | |
|---|---|
| JRN Number | 009657 |
| STATEMENT DATE | 01/24/2018 18:11 |
| DUE DATE | UPON RECEIPT |
| MINIMUM AMOUNT DUE | $743.04 |

Amount Enclosed         $ ☐☐☐☐☐.☐☐
Please make your payment payable to:
        **CHAFFEE COUNTY DETENTION CENTER**

CHAFFEE COUNTY DETENTION CENTER
P.O. BOX 699    148 CRESTONE AVENUE
Salida, CO, 81201

CHAFFEE COUNTY DETENTION CENTER
P.O. BOX 699    148 CRESTONE AVENUE
Salida, CO, 81201

| | |
|---|---|
| Initial Book Date | 01/03/2017 |
| Last Book Date | 10/30/2017 |
| Last Release Date | |

JADA   DAVIS
525 west 16th #30
salida, CO, 81201

**STATEMENT SUMMARY :**

| | |
|---|---|
| Last Statement Date | 01/08/2018 17:35 |
| Last Balance** | $659.50 |
| Payments/Credits | $0.00 |
| New Charges | $0.00 |

**ACCOUNTS OWED :**

| | |
|---|---|
| Property Damage | $12.50 |
| Booking Fees | $30.00 |
| Bond Fees | $10.00 |
| Over the counter Meds | $2.00 |
| Housing Fee | $605.00 |
| Total Amount Owed : | $659.50 |

RESIDENT NAME
**DAVIS, JADA**

| | |
|---|---|
| JRN Number | 009657 |
| STATEMENT DATE | 01/08/2018 17:42 |
| TOTAL AMOUNT OWED | $659.50 |
| DUE DATE | UPON RECEIPT |
| MINIMUM AMOUNT DUE | $659.50 |

Any questions?
   Please Contact:
     **DEPUTY TONDA AVILA**
     (719)530-5712

Payment due in 30 days unless other arrangements have been made. Money Orders and Cashier Checks only, Cash in person. NO Credit Cards. Statement may not reflect all charges and is subject to change. Past due accounts may be turned into collections.

**Balance on the Last Statement Date                              pughb    01242018181718

---

Please cut this portion and mail with your payment

JADA   DAVIS
525 west 16th #30
salida, CO, 81201

| DAVIS, JADA | |
|---|---|
| JRN Number | 009657 |
| STATEMENT DATE | 01/08/2018 17:42 |
| DUE DATE | UPON RECEIPT |
| MINIMUM AMOUNT DUE | $659.50 |

Amount Enclosed          $ [    ] . [  ]
Please make your payment payable to:
**CHAFFEE COUNTY DETENTION CENTER**

CHAFFEE COUNTY DETENTION CENTER
P.O. BOX 699    148 CRESTONE AVENUE
Salida, CO, 81201

CHAFFEE COUNTY DETENTION CENTER
P.O. BOX 699     148 CRESTONE AVENUE
Salida, CO, 81201

JADA  DAVIS
525 west 16th #30
salida, CO, 81201

| | |
|---|---|
| Initial Book Date | 01/03/2017 |
| Last Book Date | 10/30/2017 |
| Last Release Date | |

**STATEMENT SUMMARY :**

| | |
|---|---|
| Last Statement Date | 01/08/2018 17:42 |
| Last Balance** | $659.50 |
| Payments/Credits | $0.00 |
| New Charges | $0.00 |

**ACCOUNTS OWED :**

| | |
|---|---|
| Property Damage | $12.50 |
| Booking Fees | $30.00 |
| Bond Fees | $10.00 |
| Over the counter Meds | $2.00 |
| Housing Fee | $605.00 |
| Total Amount Owed : | $659.50 |

| | |
|---|---|
| RESIDENT NAME | |
| DAVIS, JADA | |
| JRN Number | 009657 |
| STATEMENT DATE | 01/09/2018 13:08 |
| TOTAL AMOUNT OWED | $659.50 |
| DUE DATE | UPON RECEIPT |
| MINIMUM AMOUNT DUE | $659.50 |

Any questions?
    Please Contact:
        **DEPUTY TONDA AVILA**
        (719)530-5712

Payment due in 30 days unless other arrangements have been made. Money Orders and Cashier Checks only, Cash in person. NO Credit Cards. Statement may not reflect all charges and is subject to change. Past due accounts may be turned into collections.

**Balance on the Last Statement Date                             pughb    01242018181718

Please cut this portion and mail with your payment

| | |
|---|---|
| DAVIS, JADA | |
| JRN Number | 009657 |
| STATEMENT DATE | 01/09/2018 13:08 |
| DUE DATE | UPON RECEIPT |
| MINIMUM AMOUNT DUE | $659.50 |

Amount Enclosed     $ ☐☐☐☐☐ . ☐☐
Please make your payment payable to:
    **CHAFFEE COUNTY DETENTION CENTER**

JADA  DAVIS
525 west 16th #30
salida, CO, 81201

CHAFFEE COUNTY DETENTION CENTER
P.O. BOX 699     148 CRESTONE AVENUE
Salida, CO, 81201

| | |
|---|---|
| CHAFFEE COUNTY DETENTION CENTER | |
| P.O. BOX 699    148 CRESTONE AVENUE | |
| Salida, CO, 81201 | |

| | |
|---|---|
| Initial Book Date | 01/03/2017 |
| Last Book Date | 10/30/2017 |
| Last Release Date | |

**STATEMENT SUMMARY :**

| | |
|---|---|
| Last Statement Date | 01/09/2018 13:08 |
| Last Balance** | $659.50 |
| Payments/Credits | $8.54 |
| New Charges | $22.08 |

JADA   DAVIS
525 west 16th #30
salida, CO, 81201

**ACCOUNTS OWED :**

| | |
|---|---|
| Property Damage | $12.50 |
| Booking Fees | $30.00 |
| Bond Fees | $10.00 |
| Over the counter Meds | $2.00 |
| Transport Fee | $5.00 |
| Housing Fee | $605.00 |
| Medical Fees | $8.54 |
| Total Amount Owed : | $673.04 |

RESIDENT NAME
**DAVIS, JADA**

| | |
|---|---|
| JRN Number | 009657 |
| STATEMENT DATE | 01/11/2018 09:14 |
| TOTAL AMOUNT OWED | $673.04 |
| DUE DATE | UPON RECEIPT |
| MINIMUM AMOUNT DUE | $673.04 |

Any questions?
   Please Contact:
      **DEPUTY TONDA AVILA**
      (719)530-5712

Payment due in 30 days unless other arrangements have been made. Money Orders and Cashier Checks only, Cash in person. NO Credit Cards. Statement may not reflect all charges and is subject to change. Past due accounts may be turned into collections.

**Balance on the Last Statement Date          pughb    01242018181718

---

Please cut this portion and mail with your payment

| DAVIS, JADA | |
|---|---|
| JRN Number | 009657 |
| STATEMENT DATE | 01/11/2018 09:14 |
| DUE DATE | UPON RECEIPT |
| MINIMUM AMOUNT DUE | $673.04 |

Amount Enclosed       $ ☐☐☐☐☐.☐☐

Please make your payment payable to:
   **CHAFFEE COUNTY DETENTION CENTER**

JADA   DAVIS
525 west 16th #30
salida, CO, 81201

CHAFFEE COUNTY DETENTION CENTER
P.O. BOX 699    148 CRESTONE AVENUE
Salida, CO, 81201

CHAFFEE COUNTY DETENTION CENTER
P.O. BOX 699    148 CRESTONE AVENUE
Salida, CO, 81201

| | |
|---|---|
| Initial Book Date | 01/03/2017 |
| Last Book Date | 06/12/2017 |
| Last Release Date | 06/14/2017 |

JADA  DAVIS
525 west 16th #30
salida, CO, 81201

**STATEMENT SUMMARY :**

| | |
|---|---|
| Last Statement Date | 01/03/2017 21:21 |
| Last Balance** | $0.00 |
| Payments/Credits | $75.15 |
| New Charges | $85.15 |

**ACCOUNTS OWED :**

| | |
|---|---|
| Bond Fees | $10.00 |
| Total Amount Owed : | $10.00 |

RESIDENT NAME
**DAVIS, JADA**

| | |
|---|---|
| JRN Number | 009657 |
| STATEMENT DATE | 06/14/2017 16:30 |
| TOTAL AMOUNT OWED | $10.00 |
| DUE DATE | UPON RECEIPT |
| MINIMUM AMOUNT DUE | $10.00 |

Any questions?
  Please Contact:
    **DEPUTY TONDA AVILA**
    (719)530-5712

Payment due in 30 days unless other arrangements have been made. Money Orders and Cashier Checks only, Cash in person. NO Credit Cards. Statement may not reflect all charges and is subject to change. Past due accounts may be turned into collections.

**Balance on the Last Statement Date                                            pughb    01242018181718

---

Please cut this portion and mail with your payment

JADA  DAVIS
525 west 16th #30
salida, CO, 81201

| DAVIS, JADA | |
|---|---|
| JRN Number | 009657 |
| STATEMENT DATE | 06/14/2017 16:30 |
| DUE DATE | UPON RECEIPT |
| MINIMUM AMOUNT DUE | $10.00 |

Amount Enclosed       $ ☐☐☐☐☐.☐☐
Please make your payment payable to:
  **CHAFFEE COUNTY DETENTION CENTER**

CHAFFEE COUNTY DETENTION CENTER
P.O. BOX 699    148 CRESTONE AVENUE
Salida, CO, 81201

**TRANSACTION INFORMATION**                                                Page    . 1 of      1

Chaffee County Detention Center
06/14/2017 16:30:14
ST  044 |  OPR   pughb

Statement Date  : 06/14/2017 16:30
JRN Number      : 009657
Resident Name   : DAVIS, JADA

| Date | Receipt # | Transaction | Account | Amount | Balance |
|---|---|---|---|---|---|
| Beginning Balance | | | | $0.00 | $0.00 |
| 01/03/2017 | AR9922 | Receivable Charge | Booking Fees | $30.00 | $30.00 |
| 01/03/2017 | F2462 | Receivable Payment-Resident | Booking Fees | -$30.00 | $0.00 |
| 04/21/2017 | AR14010 | Receivable Charge | Over the counter Meds | $0.15 | $0.15 |
| | | Receivable Payment-Resident | Over the counter Meds | -$0.04 | $0.11 |
| 05/06/2017 | A152287 | Receivable Payment-Resident | Over the counter Meds | -$0.11 | $0.00 |
| 05/18/2017 | AR14986 | Receivable Charge-Reversal | Booking Fees | -$15.00 | -$15.00 |
| | | Recv Payment Reversal-Resident | Booking Fees | $15.00 | $0.00 |
| 06/12/2017 | AR15974 | Receivable Charge | Booking Fees | $30.00 | $30.00 |
| 06/12/2017 | AR15975 | Receivable Charge-Reversal | Booking Fees | -$30.00 | $0.00 |
| 06/14/2017 | AR16040 | Receivable Charge | Bond Fees | $10.00 | $10.00 |

CHAFFEE COUNTY DETENTION CENTER
P.O. BOX 699    148 CRESTONE AVENUE
Salida, CO, 81201

Initial Book Date          01/03/2017
Last Book Date             10/30/2017
Last Release Date

JADA   DAVIS
525 west 16th #30
salida, CO, 81201

STATEMENT SUMMARY :
Last Statement Date        12/27/2017 14:34
Last Balance**             $589.50
Payments/Credits           $0.00
New Charges                $70.00

ACCOUNTS OWED :

| | | |
|---|---|---|
| Property Damage | what | $12.50 |
| Booking Fees | why | $30.00 |
| Bond Fees | when | $10.00 |
| Over the counter Meds | who | $2.00 |
| Housing Fee | | $605.00 |

Total Amount Owed :        $659.50

RESIDENT NAME
DAVIS, JADA
JRN Number            009657
STATEMENT DATE        01/08/2018 17:35
TOTAL AMOUNT OWED     $659.50
DUE DATE              UPON RECEIPT
MINIMUM AMOUNT DUE    $659.50

Any questions?
    Please Contact:
        DEPUTY TONDA AVILA
        (719)530-5712

Payment due in 30 days unless other arrangements have been made. Money Orders and Cashier Checks only, Cash in person. NO Credit Cards. Statement may not reflect all charges and is subject to change. Past due accounts may be turned into collections.

**Balance on the Last Statement Date                              pughb    01242018181718

Please cut this portion and mail with your payment

JADA   DAVIS
525 west 16th #30
salida, CO, 81201

| DAVIS, JADA | |
|---|---|
| JRN Number | 009657 |
| STATEMENT DATE | 01/08/2018 17:35 |
| DUE DATE | UPON RECEIPT |
| MINIMUM AMOUNT DUE | $659.50 |

Amount Enclosed         $ ☐☐☐☐☐.☐☐
Please make your payment payable to:
    CHAFFEE COUNTY DETENTION CENTER

CHAFFEE COUNTY DETENTION CENTER
P.O. BOX 699    148 CRESTONE AVENUE
Salida, CO, 81201

**TRANSACTION INFORMATION**  Page  1 of  1

Chaffee County Detention Center
01/08/2018 17:35:50
ST  044 | OPR  pughb

Statement Date : 01/08/2018 17:35
JRN Number     : 009657
Resident Name  : DAVIS, JADA

| Date | Receipt # | Transaction | Account | Amount | Balance |
|---|---|---|---|---|---|
| Beginning Balance | | | | $589.50 | $589.50 |
| 01/01/2018 | AR23336 | Receivable Charge | Housing Fee | $35.00 | $624.50 |
| 01/07/2018 | AR23572 | Receivable Charge | Housing Fee | $35.00 | $659.50 |