| | |
|---|---|
| UNITED STATES DISTRICT COURT, ALFRED A. ARRAJ COURTHOUSE<br>901-19Th ST., Room A105<br>DENVER, CO. 80294-3589 | **FILED**<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br><br>FEB 16 2018<br><br>JEFFREY P. COLWELL<br>CLERK |
| JADA DAVIS, Plaintiff<br>V.<br>NO NAMED DEFENDANT | |
| | △ COURT USE ONLY △ |
| JADA DAVIS<br>P.O. BOX 699<br>SALIDA, CO. 81201<br>PHONE: 719-539-2814, 719-539-7150<br>NO FAXES PLEASE, NOT Private HERE | CASE NUMBER:<br>1:18-CV-00324 GPG |

**Motion For Court to Order Commander Tracy Jackson to sign the Certificate of Prison Official**

Comes Now The Plaintiff and Moves this court For A court Order Requiring the Chaffee County Sheriff's office Commander or Authorized official to sign and Return this Certificate of Prison official.

Wherefore, The Plaintiff moves this court to Grant this motion.

Respectfully submitted this 13th day of February, 2018.

*Jada Davis*

## CERTIFICATE OF PRISON OFFICIAL

I certify that the attached statement is an accurate copy of the inmate trust fund account statement or institutional equivalent for the past six months for the prisoner named below.

Prisoner's Name: JADA DAVIS

Signature of Authorized Prison Official: _____

Date: 2-13-2018

SADA DAVIS
P.O. Box 699
Salida, Co. 81201

No tape was used anywhere on this envelope at all.



OFFICE OF The CLERK
United States District Court
ALFRED A. ARRAJ Courthouse
901 - 19Th St., Room A105
Denver, Co. 80294-3589

Official Business

Legal Mail
Mailed out on 2-13-2018 - 06:30 AM



NO TAPE was USED ON THIS ENVelope Anywhere at all.

NO TAPE WAS USED ANYWHERE ON THIS ENVELOPE