UNITED STATES DISTRICT Court · Office of THE CLERK
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO. 80294-3589

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**FEB 26 2018**

JEFFREY P. COLWELL
CLERK

JADA DAVIS, Plaintiff

V.

NO NAMED DEFENDANT

△ COURT USE ONLY △

JADA DAVIS
P.O. BOX 699
SALIDA, CO. 81201
PHONE: 719-539-2814, 719-539-7150
NO FAXES PLEASE, NOT PRIVATE HERE

CASE NUMBER:
1:18-cv-00324 GPG

---

## MOTION TO ATTACH DOCUMENT OF COURT ORDER TO CURE

COMES NOW The Plaintiff, JADA DAVIS, with the Final Document to CURE as ORDERED by the court. The Plaintiff Asks the court to Attach the certifie of Prison Official - To the Certified Inmate Trust Fund Account Statement that was sent in by the Plaintiff for case 1:18-cv-00324 GPG.

The Plaintiff will Refrain - stop informing the court of Everything that the staff at the Chaffee county DETention facility does to the Plaintiff. The Plaintiff will take notes and present them at a Later Date to the court.

Respectfully submitted this 21 day of February, 2018.

Jada Davis

## CERTIFICATE OF PRISON OFFICIAL

I certify that the attached statement is an accurate copy of the inmate trust fund account statement or institutional equivalent for the past six months for the prisoner named below.

Prisoner's Name: Davis, Jada

Signature of Authorized Prison Official:

Date: 2/21/18



JADA DAVIS
P.O. BOX 699
SALIDA, CO 81201

Chaffee County Jail

Office of The CLERK
United States District Court
ALFRED A. ARRAJ CourtHouse
901-19Th ST.) Room A105
DENVER, CO. 80294-3589

Official Business

Legal Mail
Mailed out-2-22-2018 · 06:30Am

80294-250151

DENVER CO 802
FEB
2018 PM

US POSTAGE >> PITNEY BOWES
ZIP 81201 $ 000.47°
02 4W
0000339735FEB 22 2018