## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00324-LTB

JADA DAVIS,

    Plaintiff,

v.

JUDGE STEPHEN A.GROOME,
JUDGE WILLIAM PEAL ALDERTON,
RANDAL SCOTT HERRICK-STARE,
MARQUEZ & HERRICK-STARE LLC,
ERNEST F.MARQUEZ,
CHAFFEE COUNTY COMBINED COURTS,
PARK COUNTY DISTRICT COURTS,
COLROADO COURT OF APPEALS,
THE ELEVENTH JUDICIAL DISTRICT, CIRCUIT,
PATRICK HENSON LLC, HENSON LAW LLC,
THE CITY OF SALIDA,
COUNTY OF CHAFFEE, and
STATE OF COLORADO,

    Defendants.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on March 20, 2018, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 20 day of March, 2018.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/ A. García Gallegos
                Deputy Clerk